**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

NATIONAL CASUALTY COMPANY                                      PLAINTIFF

v.                                    3:26-cv-1-JM

CASEY DUNN, Individually and o/b/o
G.D., a minor; THOMAS DUNN; and
ELECTRONIC ARTS INC.                                           DEFENDANTS

**ORDER**

National Casualty Company (National) and Electronic Arts Inc. (EA) have filed a joint motion to stay this action pending the outcome of a declaratory judgment action filed by Plaintiff against Electronic Arts in the Supreme Court for the State of New York, County of New York (National Casualty Company v. Electronic Arts Inc. and Electronic Arts (Canada) Inc., Index No. 653677/2025). The only other parties to this action, Casey Dunn, individually and on behalf of G.D. a minor, and Thomas Dunn, are in default. (Doc. No. 15).

The motion to stay (Doc. No. 18) is granted. EA does not have to respond to the complaint until the stay is lifted and a response date is set by subsequent order. The moving parties are required to file joint status reports in this action every six months, beginning on November 15, 2026, on the status the New York action.

The Clerk is directed to administratively close this case.

IT IS SO ORDERED this 27th day of April, 2026.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE